| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Woods, Gregory H. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Court Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 05/09/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>4/30/2013 |

**7. Chambers or Office Address**

United States Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Williams College |
| 2. Member, Board of Directors | Union Settlement Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/1999 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. |
| 2. 01/2005 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. |
| 3. 01/2005 | Debevoise & Plimpton LLP Cash Balance Retirement Plan for Partners. |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 7

Name of Person Reporting

Woods, Gregory H.

Date of Report

05/10/2013

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2012 | Golson Realty Corporation--Salary |
| 2. 2013 | Golson Realty Corporation--Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Federal Money Market Fund | A | Dividend | K | T | Exempt | | | | |
| 2. Vanguard Infla-Protected Sec. | A | Dividend | J | T | | | | | |
| 3. Vanguard Prime Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Total Bond Mkt Index | B | Dividend | J | T | | | | | |
| 5. Vanguard Wellington Fund | A | Dividend | J | T | | | | | |
| 6. Vanguard Selected Value Fund | A | Dividend | J | T | | | | | |
| 7. Vanguard Windsor Fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Mid-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 9. Vanguard Morgan Growth Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Explorer Fund | A | Dividend | J | T | | | | | |
| 11. Vanguard Health Care Fund | A | Dividend | J | T | | | | | |
| 12. Vanguard US Value Fund | A | Dividend | J | T | | | | | |
| 13. Vanguard Total Int'l Stock Index | A | Dividend | K | T | | | | | |
| 14. Vanguard Inst Index Fund | C | Dividend | M | T | | | | | |
| 15. Vanguard Retire Savings Trust III | A | Dividend | J | T | | | | | |
| 16. Vanguard Extended Mkt Index | A | Dividend | J | T | | | | | |
| 17. Blackrock Large Cap Growth Fund C | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Merrill Lynch CMA NY Municipal Money | A | Dividend | O | T | | | | | |
| 19. CREF Stock Account | | None | J | T | | | | | |
| 20. CREF Growth Account | | None | J | T | | | | | |
| 21. CREF Social Choice Account | | None | J | T | | | | | |
| 22. Cash Balance Plan (Defined Benefit Plan from Debevoise) | D | Interest | L | T | | | | | |
| 23. JPMorgan Chase Cash Accounts | A | Interest | M | T | | | | | |
| 24. New York 529 College Savings Direct Plan | | | | | | | | | |
| 25. --Aggressive Age-Based Option: Growth Portfolio | | None | L | T | | | | | |
| 26. --Moderate Age-Based Option: Moderate Growth Portfolio | | None | L | T | | | | | |
| 27. --Conservative Age-Based Option: Conservative Growth | | None | L | T | | | | | |
| 28. --Inflation-Protected Securities Portfolio | | None | L | T | | | | | |
| 29. MGJ Realty Corporation (Common Stock of Private Corp.) | E | Distribution | L | W | | | | | |
| 30. Golson Realty Corporation (Common Stock of Private Corp.) | G | Distribution | O | W | | | | | |
| 31. Golson Realty Corporation (Note of Private Corp.) | F | Interest | O | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gregory H. Woods**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 205 | 443 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities –see schedule | 1 | 294 | 067 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 360 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – see schedule | | 425 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 8 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   Debevoise & Plimpton Cash Balance Plan | | 61 | 718 | | | | |
|   Thrift Savings Plans | | 113 | 517 | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 3 | 468 | 245 |
| Total Assets | 3 | 468 | 245 | Total liabilities and net worth | 3 | 468 | 245 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |